# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-2518
_____

Yoonjong Faubus

*Plaintiff - Appellant*

v.

Andrew Saul, Commissioner, Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: January 31, 2020
Filed: February 5, 2020
[Unpublished]

_____

Before GRUENDER, BEAM, and KELLY, Circuit Judges.

_____

PER CURIAM.

Yoonjong Faubus appeals a district court[1] order affirming the denial of disability insurance benefits.  We agree with the district court that Faubus received a full and fair administrative hearing.  See Passmore v. Astrue, 533 F.3d 658, 663-64 (8th Cir. 2008) (reviewing de novo challenge to procedures of social security disability hearing).  The judgment is affirmed.

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable J. Thomas Ray, United States Magistrate Judge for the Eastern District of Arkansas.